# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CAUSE NO.: 2:18-CR-28-JTM-JEM |
| ) | |
| MARCUS JENKINS, ) | |
|     Defendant. ) | |

## FINDINGS AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON A SUPERVISED RELEASE REVOCATION HEARING

TO:    THE HONORABLE JAMES T. MOODY,
         UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF INDIANA

On October 22, 2020, via videoconference, the United States Government appeared by counsel Assistant United States Attorney David Nozick. Defendant Marcus Jenkins appeared in person via video and by counsel Jeffrey Schlesinger and in the custody of the United States Marshal. United States Probation Officer Robert Bono appeared. The Supervised Release Revocation Hearing was held. The Court received evidence and comments.

Based upon the record of proceedings the Court makes this Report and Recommendation.

On March 3, 2018, Defendant Jenkins pled guilty to Count 1 charged in the Indictment (use and carrying a firearm during and relation to a drug trafficking crime) and on August 24, 2018, Judge Joseph Van Bokkelen sentenced him to a term of 60 months followed by 2 years supervised release subject to specified written terms and conditions.

On July 17, 2020, the Government filed a petition alleging that Defendant violated the terms and conditions of supervised release [DE 35], and an arrest warrant was issued. On July 23, 2020, an Initial Appearance was held, at which time Defendant Jenkins was detained.

On August 19, 2020, Judge James Moody issued an Order referring this case to the

1

undersigned Magistrate Judge to conduct the Supervised Release Revocation Hearing, to recommend modification, revocation, or termination of the supervised release in this case, and to submit proposed findings and recommendations pursuant to 18 U.S.C. § 3401(i), 28 U.S.C. § 636(b)(1)(B), and N.D. Ind. Local Rule 72-1.

As a result of the October 22, 2020, Supervised Release Revocation Hearing, the undersigned Magistrate Judge **FINDS** that:

1. Defendant Jenkins has been advised of his right to remain silent, his right to counsel, his right to be advised of the charges against him, his right to a contested Supervised Release Revocation Hearing, and his rights in connection with such a hearing;

2. Defendant Jenkins understands the proceedings, allegations and his rights;

3. Defendant Jenkins knowingly and voluntarily admitted that he committed the offenses of resisting law enforcement [DE 50];

4. This violation is a Grade C violation, Defendant's criminal history category is III, and the suggested penalty is 5-11 months incarceration.

The undersigned Magistrate Judge **RECOMMENDS** to Judge James Moody that:

1. Defendant Jenkins be adjudged to have committed a violation of his supervised release described in the July 17, 2020 Petition [DE 35];

2. The parties oral agreement on disposition of the supervised release violation be accepted; and

3. Defendant Jenkins be sentenced to a term of 97 days, with credit for time served, followed by one year of supervised release.

The parties agreed to waive any objections to these Findings and Recommendation.

SO ORDERED this 22nd day of October, 2020.

                                              s/ John E. Martin
                                              MAGISTRATE JUDGE JOHN E. MARTIN
                                              UNITED STATES DISTRICT COURT

cc:      All counsel of record
          District Judge James Moody