UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:18 CR 28 |
| | ) | |
| MARCUS LOVELL JENKINS | ) | |

### O R D E R

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which objections have been waived, the Magistrate Judge's findings and recommendations are now **ADOPTED**. Defendant is **ADJUDGED** to have committed the Grade C violation of supervised release (resisting law enforcement) described in the Summary Report of Violations. Defendant is sentenced to 97 days incarceration, with credit for time served, followed by one year of supervised release.

　　　　　　　　　　　　　　　　**SO ORDERED.**

Date: October 22, 2020

　　　　　　　　　　　　　　s/James T. Moody
　　　　　　　　　　　　　　JUDGE JAMES T. MOODY
　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT